KAZMARSKI v. GREAT AMERICAN INDEMNITY CO.

This case is controlled by *Potter* v. *Vetor*, 355 Mich 328.

Appeal from Muskegon; Beers (Henry L.), J. Submitted January 14, 1959. (Docket No. 64, Calendar No. 47,891.) Decided February 19, 1959.

Petition by Stanley Kazmarski and Marcus, McCroskey & Finucan against Great American Indemnity Co., a foreign corporation, and Preston J. Murdock and James N. Charland, doing business as Port City Heating & Plumbing Co., for declaration of rights as to sum received in settlement of claim by injured workman in action against third-party tortfeasor. Judgment for plaintiffs. Defendants appeal. Affirmed.

*Marcus, McCroskey, Finucan & Libner* (*Thomas W. Finucan,* of counsel), for plaintiffs.

*Alexander, Cholette, Buchanan, Perkins & Conklin* (*Edwards D. Wells,* of counsel), for defendants.

PER CURIAM. This case is controlled by *Potter* v. *Vetor,* 355 Mich 328.

The judgment of the trial court is affirmed. Costs to appellee.

DETHMERS, C. J., and CARR, KELLY, SMITH, BLACK, EDWARDS, VOELKER, and KAVANAGH, JJ., concurred.